NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re VIZIO, INC.,**
*Petitioner*

---

2024-143

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:23-cv-00124-JRG-RSP, Chief Judge J. Rodney Gilstrap.

---

**ON PETITION**

---

## O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal of the petition, which each side to bear its own costs,

2                                                          IN RE VIZIO, INC.


IT IS ORDERED THAT:

The petition is dismissed.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 4, 2024
Date